IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LYNN HESS SCOTT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social )<br>Security Administration, )<br>)<br>Defendant. ) | Case No. CIV-07-390-L |

## **O R D E R**

On June 12, 2008, Magistrate Judge Bana Roberts entered her Report and Recommendation in this action brought by plaintiff for judicial review of the final decision of the defendant Commissioner denying, in part, plaintiff's application for disability insurance benefits under the Social Security Act. The Magistrate Judge recommended that the Commissioner's decision be reversed and the matter be remanded for further administrative proceedings.

The court file reflects that no party has filed a written objection to the Report and Recommendation within the time limit allowed. Upon *de novo* review, the court finds that the the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, the **decision of the Commissioner is REVERSED and this matter is REMANDED to the Commissioner for further administrative proceedings consistent with the June 12, 2008 Report and Recommendation of the Magistrate Judge.**

It is so ordered this 7th day of July, 2008.

*Tim Leonard*
TIM LEONARD
United States District Judge